Case 2:18-cv-00433   Document 25   Filed on 02/11/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ADAM NICHOLAS LANGEN, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL NO. 2:18-CV-433 |
| | § | |
| SPINE WAVE, INC., | § § | |
| Defendant. | § | |

## ORDER

The Court is in receipt of the Joint Stipulation of Dismissal with Prejudice, Dkt. No. 23. The Stipulation is signed by Plaintiff's counsel and by Defendant's counsel. *Id*. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a stipulation of dismissal "is effective upon filing and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (quoting *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004)).

Because the above-captioned case has been dismissed with prejudice, the Court **VACATES** all settings and deadlines in the case and **DIRECTS** the Clerk of the Court to close the case.

SIGNED this 11th day of February, 2020.

_____
Hilda Tagle
Senior United States District Judge